**WEILAND, GOLDEN,**
**SMILEY, WANG EKVALL & STROK, LLP**
Evan D. Smiley, State Bar No. 161812
Kyra E. Andrassy, State Bar No. 207959
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone: (714) 966-1000
Facsimile: (714) 966-1002

**BIENERT & KRONGOLD**
Thomas Bienert, State Bar No. 135311
115 Avenida Miramar
San Clemente, California 92672
Telephone: (949) 369-3700

**FLORATOS, LOLL & DEVINE**
William Floratos, State Bar No. 107820
Robert Loll, State Bar No. 117686
18881 Von Karman Avenue, Suite 220
Irvine, California 92612
Telephone: (949) 553-1910

Attorneys for Dr. Ronald A. Cunning, an individual and as trustee for the Ronald Cunning D.D.S., Inc. Profit Sharing Plan and Trust and the Cunning Family Trust

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>LLOYD MYLES RUCKER,<br><br>        Debtor.<br><br>DR. RONALD CUNNING, an individual and as trustee for the RONALD CUNNING D.D.S., INC. PROFIT SHARING PLAN AND TRUST and the CUNNING FAMILY TRUST,<br><br>        Plaintiff,<br><br>vs.<br><br>LLOYD MYLES RUCKER,<br><br>        Defendant. | Case No.: SA 06-10195 JR<br>Chapter 7 Case<br>Adv. No. 8:06-ap-01259-JR<br><br>**JUDGMENT**<br><br>**Hearing Information:**<br>DATE:  June 28, 2006<br>TIME:  1:30 p.m.<br>CTRM:  5A |

Judgment in 523 Action.WPD                                                     JUDGMENT

Pursuant to the Order Granting Motion for Summary Judgment entered concurrently with this Judgment,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment in this matter is entered in favor of Ronald A. Cunning, individually and on behalf of the Ronald Cunning D.D.S., Inc. Profit Sharing Plan and Trust and the Cunning Family Trust (collectively, the "Plaintiffs"), and the debt owed pursuant to the Amended Judgment on Verdicts that was entered by the Orange County Superior Court on April 23, 1997 is nondischargeable pursuant to 11 U.S.C. §§ 523(a)(2)(A), (a)(4), and (a)(6).

DATED: JUL 1 7 2006

THE HONORABLE JOHN E. RYAN,
United States Bankruptcy Judge

Approved as to form:

SHULMAN, HODGES & BASTIAN, LLP

_See attached_
MARK BRADSHAW,
Attorneys for Lloyd Myles Rucker

1  Pursuant to the Order Granting Motion for Summary Judgment entered
2  concurrently with this Judgment,
3  **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment in this
4  matter is entered in favor of Ronald A. Cunning, individually and on behalf of the Ronald
5  Cunning D.D.S., Inc. Profit Sharing Plan and Trust and the Cunning Family Trust
6  (collectively, the "Plaintiffs"), and the debt owed pursuant to the Amended Judgment on
7  Verdicts that was entered by the Orange County Superior Court on April 23, 1997 is
8  nondischargeable pursuant to 11 U.S.C. §§ 523(a)(2)(A), (a)(4), and (a)(6).

10 DATED: _____  
THE HONORABLE JOHN E. RYAN,  
United States Bankruptcy Judge

Approved as to form:

SHULMAN, HODGES & BASTIAN, LLP

_[signature]_  
MARK BRADSHAW,  
Attorneys for Lloyd Myles Rucker

# PROOF OF SERVICE

STATE OF CALIFORNIA,

COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 650 Town Center Drive, Suite 950, Costa Mesa, California 92626.

On July 11, 2006, I served the foregoing document described as **JUDGMENT** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

SEE ATTACHED LIST

[✓] BY MAIL

    [ ] I deposited such envelope in the mail at Costa Mesa, California. The envelope was mailed with postage thereon fully prepaid.

    [✓] I deposited such envelope with the firm for collection and processing. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on July 11, 2006, at Costa Mesa, California.

[ ] (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[✓] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under the penalty of perjury under the laws of the United States of America that the above is true and correct.

Margaret Sciesinski
Type or print name

Dr. Ronald Cunning (Family Trust) v. Lloyd Myles Rucker
Adv. No. 8:06-ap-01259 JR
523 Complaint List

## SERVICE LIST:

**United States Trustee**
411 W. 4th Street
Suite 9041
Santa Ana, CA 92701

Mark Bradshaw, Esq.
Shulman Hodges & Bastian, LLP
Towne Centre Plaza
26632 Towne Center Dr., Suite 300
Foothill Ranch, CA 92610-2808
**Attorneys for Debtor/Defendant**

NOTE TO THE USERS OF THIS FORM:
Physically attach this form as the last page of the proposed Order or Judgment
Do not file this form as a separate document.

| In re (Short Title) | Chapter 7 Case No: |
|---|---|
| LLOYD MYLES RUCKER | SA 06-10195 JR |
| Debtors. | |

## NOTICE OF ENTRY OF JUDGMENT OR ORDER
## AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1, that a judgment or order entitled (specify):

**JUDGMENT**

was entered on (specify date): JUL 1 9 2006

I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on (specify date):
JUL 1 9 2006

DATED: JUL 1 9 2006

JON D. CERETTO
Clerk of the Bankruptcy Court

By: C. HANAVAN
Deputy Clerk

Dr. Ronald Cunning (Family Trust) v. Lloyd Myles Rucker
Adv. No. 8:06-ap-01259 JR
523 Complaint List

## SERVICE LIST:

**United States Trustee**
411 W. 4th Street
Suite 9041
Santa Ana, CA 92701

Mark Bradshaw, Esq.
Shulman Hodges & Bastian, LLP
Towne Centre Plaza
26632 Towne Center Dr., Suite 300
Foothill Ranch, CA 92610-2808
**Attorneys for Debtor/Defendant**

Thomas H. Casey
22342 Avenida Empresa, Suite 260
Rancho Santa Margarita, CA 92688
**Chapter 7 Trustee**

KEA
**WEILAND, GOLDEN,
SMILEY, WANG EKVALL & STROK, LLP
650 TOWN CENTER DR., SUITE 950
COSTA MESA, CA 92626**